

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-19-00396-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                    Rebeca C. Martinez, Justice
                    Irene Rios, Justice

On June 13, 2019, relator filed a "Request for Time Extension to File Petition for Writ of Mandamus and Request for Clerk and Reporter's Record." Relator asks this court to order the Bandera County Clerk and the court reporter to file their records with this court and on relator at no cost to relator.

By statute, an appellate court has the power to issue a writ of mandamus against a district or county court judge. *See* TEX. GOV'T CODE § 22.221(b). An appellate court may also issue a writ of mandamus to enforce its jurisdiction. *See id.* § 22.221(a). This court does not have jurisdiction to issue a writ of mandamus against a district clerk or a court reporter unless such writ is necessary to enforce our jurisdiction. *See In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding) (per curiam). Relator has not asserted that the order he is requesting is necessary to enforce our jurisdiction, nor has he provided a record that would support such an argument. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (holding relator has burden of

---

[1] This proceeding arises out of Cause No. CV-19-0000010, styled *John M. Donohue Ex Parte*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.

providing a sufficient record to establish right to mandamus relief). Accordingly, we have no jurisdiction to order the clerk or reporter to file their records and we DENY his request.

We GRANT relator's request for an extension of time in which to file a petition for writ of mandamus. Relator is ORDERED to file a petition for writ of mandamus that complies with Texas Rules of Appellate Procedure 52.3 and 52.7 **no later than July 8, 2019**. If relator does not file a petition for writ of mandamus by July 8, 2019, this proceeding will be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

It is so **ORDERED** on June 17, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court